1  JOHN L. BURRIS, Esq./ SB # 69888
ADANTÉ D. POINTER, Esq./ SB# 236229
2  LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
3  Oakland, CA 94621
Telephone: (510) 839-5200
4  Facsimile:  (510) 839-3882

5  Attorneys for Plaintiffs

6  Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
7  HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
8  Oakland, California 94612
Tel:     510-763-2324
9  Fax:    510-273-8570

10  Attorneys For Defendants
COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN

11

12            UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

14  JARIAHA JENKINS, individually and as          ) Case No.:  C10-2800 JSW
personal representative of the ESTATE OF      )
15  ALBERT R. JENKINS JR, the ESTATE OF        ) **STIPULATION AND [PROPOSED]**
ALBERT R. JENKINS JR., and JARIAHA           ) **ORDER PERMITTING PLAINTIFFS TO**
16  JENKINS as Guardian ad Litem of minors,     ) **FILE A FIRST AMENDED COMPLAINT**
S.J. and A.J.,                                )
17                                             )
Plaintiffs,              )
18                                             )
vs.                       )
19                                             )
COUNTY OF ALAMEDA, a governmental             )
20  entity; GREGORY J. AHERN, in his capacity   )
as Sheriff for COUNTY OF ALAMEDA; and        )
21  DOES 1-50, inclusive, in their individual and )
official capacities as Sheriff's Deputies for the )
22  COUNTY OF ALAMEDA,                          )
)
23                Defendants.              )
_____)
24

25            Defendants COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN, by and

26  through their counsel of record, and Plaintiffs JARIAH JENKINS, individually and as personal

27  representative of the ESTATE OF ALBERT R. JENKINS JR, the ESTATE OF ALBERT R.

28

1

_Jenkins v. County of Alameda, et a.,/_Case #CV10-2800 DMR
Stipulation And [Proposed] Order Permitting Plaintiffs To File A First Amended Complaint

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1   JENKINS JR., and JARIAHA JENKINS as Guardian ad Litem of minors, S.J. and A.J., by and

2   through their counsel of record, hereby stipulate that Plaintiffs may file a first amended

3   complaint.

4          IT IS SO STIPULATED.

5   Dated:  December 13, 2010          LAW OFFICES OF JOHN L. BURRIS

6

7                                      By:___/s/ Adanté D. Pointer*_____
                                           Adanté D. Pointer
8                                          Attorneys For Plaintiffs
                                           *Mr. Pointer provided his verbal consent
9                                           that this stipulation be electronically filed

10  Dated:  December 13, 2010          HAAPALA, THOMPSON & ABERN, LLP

11

12                                     By:___/s/ Benjamin Thompson_____
                                           Benjamin A. Thompson
13                                         Attorneys For Defendants

14                                     **ORDER**

15         PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO

16  ORDERED.

17  Dated: December 14, 2010

18  _____
        Honorable Jeffrey S. White,
19      United States District Court Judge

*Jenkins v. County of Alameda, et a.,/*Case #CV10-2800 DMR
Stipulation And [Proposed] Order Permitting Plaintiffs To File A First Amended Complaint

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570