1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JARIAHA JENKINS, individually and as personal representative of the ESTATE OF ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR., and JARIAHA JENKINS as Guardian ad Litem of minors, S.J. and A.J., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; PRISON HEALTH SERVICES, INCORPORATED, ALAMEDA COUNTY MEDICAL CENTER; and DOES 1-50, inclusive, in their individual and official capacities as Sheriff's Deputies and Medical Personnel for the COUNTY OF ALAMEDA, for PRISON HEALTH SERVICES, INCORPORATED and ALAMEDA COUNTY HEALTH CENTER, <br><br> Defendants. | Case No.: C10-2800 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR ADR MEDIATION** AND CONTINUING CASE MANAGEMENT CONFERENCE |

On December 13, 2010, Plaintiffs filed an Amended Complaint adding new Defendants PRISON HEALTH SERVICES INCORPORATED and ALAMEDA COUNTY MEDICAL CENTER. Defendants COUNTY OF ALAMEDA and SHERIFF AHERN have filed their Answer to the Amended Complaint. The new Defendants Prison Health Services and Alameda

1

*Jenkins v. County of Alameda, et a.,/*Case #CV10-2800 DMR
Stipulation & [Proposed] Order to Extend Time for Completion of ADR

1  County Medical Center were recently served, on January 28, 2011, with the Amended

2  Complaint. Additional time is necessary for the new Defendants to retain counsel and Answer

3  the Amended Complaint.

4  On January 27, 2011, Adanté Pointer, counsel for Plaintiffs, and Clyde Thompson,

5  counsel for Defendant County of Alameda, met and conferred with Ms. Robin Siefkin, ADR

6  Program Staff Attorney, to address scheduling ADR. Given the need to have counsel for the

7  new Defendants appear in the action, the parties submit this stipulation to postpone the deadline

8  to complete ADR until 90 days after the new Defendants answer the Amended Complaint. The

9  completion of ADR is expected to be by May 31, 2011.

10  Pursuant to this change, the Parties also request that the next Case Management

11  Conference, currently scheduled for March 11, 2011, be continued to June 3, 2011.

12  The Parties have been cooperating while completing discovery. Accordingly,

13  scheduling the Case Management Conference after ADR/mediation will likely be a more

14  productive use of the Court's time.

15  IT IS SO STIPULATED.

16  Dated: February 2, 2011             LAW OFFICES OF JOHN L. BURRIS

18                                      By:  */s/ Adanté D. Pointer
                                             Adanté D. Pointer
19                                           Attorneys For Plaintiff
                                             *Mr. Pointer provided his consent that this
20                                           document be electronically filed.

21  Dated: February 2, 2011             HAAPALA, THOMPSON & ABERN, LLP

23                                      By:  /s/ Clyde A. Thompson
                                             Clyde A. Thompson
24                                           Attorneys For Defendants
                                             COUNTY OF ALAMEDA and
25                                           SHERIFF GREGORY J. AHERN

26  /

27  /

28  /

2

*Jenkins v. County of Alameda, et a.,/*Case #CV10-2800 DMR
Stipulation & [Proposed] Order to Extend Time for Completion of ADR

## ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED that the parties time to complete ADR/mediation is extended and shall be completed by May 31, 2011.

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled on March 11, 2011, is continued to June 3, 2011 at 1:30 p.m. in Courtroom 11, 19th Floor, United States District Court for the Northern District of California, San Francisco.

Dated:  February 3, 2011

_____
Honorable Jeffrey S. White
United States District Court Judge

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570