Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JARIAHA JENKINS, individually and as personal representative of the ESTATE OF ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR., and JARIAHA JENKINS as Guardian ad Litem of minors, S.J. and A.J.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; PRISON HEALTH SERVICES, INCORPORATED, ALAMEDA COUNTY MEDICAL CENTER; and DOES 1-50, inclusive, in their individual and official capacities as Sheriff's Deputies and Medical Personnel for the COUNTY OF ALAMEDA, for PRISON HEALTH SERVICES, INCORPORATED and ALAMEDA COUNTY HEALTH CENTER,<br><br>Defendants. | Case No.: C10-2800 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING THE TIME FOR ADR MEDIATION** |

On December 13, 2010, Plaintiffs filed an Amended Complaint adding new Defendants PRISON HEALTH SERVICES INCORPORATED and ALAMEDA COUNTY MEDICAL CENTER. Defendants COUNTY OF ALAMEDA and SHERIFF AHERN have filed their Answer to the Amended Complaint. The Defendant Prison Health Services answered the

1
*Jenkins v. County of Alameda, et a.,/*Case #CV10-2800 DMR
Stipulation & [Proposed] Order to Further Extend Time for Completion of ADR

Amended Complaint. Defendant Alameda County Medical Center was successful with their motion to dismiss the Amended Complaint.

Counsel have met and conferred concerning ADR and to address scheduling ADR.

Now that the status of the parties has become settled, completion of ADR is expected to be by August 31, 2011.

Pursuant to this change, the Parties also request that the next Case Management Conference, currently scheduled for June 3, 2011, be continued to September 2, 2011.

The Parties have been cooperating while completing discovery. Accordingly, scheduling the Case Management Conference after ADR/mediation will likely be a more productive use of the Court's time.

IT IS SO STIPULATED.

Dated: June 1, 2011          LAW OFFICES OF JOHN L. BURRIS

By: */s/ Adanté D. Pointer
Adanté D. Pointer
Attorneys For Plaintiff
*Mr. Pointer provided his consent that this document be electronically filed.

Dated: May 31, 2011          HAAPALA, THOMPSON & ABERN, LLP

By: /s/ Clyde A. Thompson
Clyde A. Thompson
Attorneys For Defendants
COUNTY OF ALAMEDA and
SHERIFF GREGORY J. AHERN

Dated: May 27, 2011          LAW OFFICES OF NANCY E. HUDGINS

By: */s/ Matthew M. Grigg
Matthew M. Grigg
Attorneys For Defendant
PRISON HEALTH SERVICES
*Mr. Grigg gave his consent that this document be electronically filed.

/

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Jenkins v. County of Alameda, et a.,*/Case #CV10-2800 DMR
Stipulation & [Proposed] Order to Further Extend Time for Completion of ADR

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED that the parties time to complete ADR/mediation is extended and shall be completed by August 31, 2011.

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled on June 3, 2011, is continued to September 2, 2011, at 1:30 p.m. in Courtroom 11, 19th Floor, United States District Court for the Northern District of California, San Francisco.

Dated: June 1, 2011

_____
Honorable Jeffrey S. White
United States District Court Judge

---

3

*Jenkins v. County of Alameda, et a.,/*Case #CV10-2800 DMR
Stipulation & [Proposed] Order to Further Extend Time for Completion of ADR