MARC G. COWDEN, ESQ. (State Bar No. 169391)
AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: aschultz@glattys.com

Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JARIAHA JENKINS, individually and as Personal representative of the ESTATE of ALBERT R. JENKINS, JR., the ESTATE of ALBERT R. JENKINS, JR., and JARIAHA JENKINS As Guardian ad Litem for Minors S.J. and A.J., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ALAMEDA, a government entity; GREGORY J. AHERN, in his official capacity as Sheriff for THE COUNTY OF ALAMEDA; PRISON HEALTH SERVICES, INCORPORATED, ALAMEDA COUNTY MEDICAL CENTER; and DOES 1-50, inclusive, in their individual and official capacities as Sheriff's Deputies and Medical Personnel for the COUNTY OF ALAMEDA for PRISON HEALTH SERVICES, INCORPORATED and ALAMEDA COUNTY HEALTH CENTER, <br><br> Defendants. | Case No.  C10 02800 JSW <br><br> Hon. Jeffrey S. White <br><br> **RULE 54(b) SEPARATE JUDGMENT** <br><br> Date: July 15, 2011 <br> Time: 9:00 a.m. <br> Dept: Courtroom 11 <br> Date Complaint Filed: January 28, 2011 <br> Trial: None |

The Court, having granted ALAMEDA COUNTY MEDICAL CENTER's Motion ~~for~~ to dismiss ~~Summary Judgment in~~ this action, and having granted ALAMEDA COUNTY MEDICAL CENTER's Motion for a Rule 54(b) Separate Judgment, judgment is hereby entered in

1

C10 02800 JSW: Separate Judgment

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

200-8987/ATS/511961.doc

1  favor of ALAMEDA COUNTY MEDICAL CENTER and against plaintiffs, with costs
2  awarded per Code.
3      IT IS SO ORDERED.
4  Dated: July 11, 2011

                                          The Honorable Jeffrey S. White
                                          Judge of the United States District Court

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

C10 02800 JSW: Separate JudgmentRULE 54(b) SEPARATE JUDGMENT

200-8987/ATS/511961.doc