**JOHN L. BURRIS, Esq.  SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiffs
**JARIAHA JENKINS, individually and as**
**the personal representative of the ESTATE of**
**ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR.,**
**JARIAH JENKINS as Guardian Ad Litem of minors, S.J. and A.J.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **JARIAHA JENKINS, individually and as personal representative of the ESTATE of ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR., and JARIAH JENKINS as Guardian ad Litem of minors, S.J. and A.J.**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his official capacity as Sheriff for the COUNTY OF ALAMEDA; and DOES 1-50, inclusive, in their individual and official capacities as Sheriff's Deputies for the COUNTY OF ALAMEDA.**<br><br>**Defendants.** | Case No. C10-2800 JSW<br><br>**STIPULATION  AND (~~PROPOSED~~) ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S PETITION TO APPOINT GUARDIAN AD LITEM AND APPROVE MINOR'S COMPROMISE** AS MODIFIED<br><br>Proposed Date:  October 21, 2011<br>Time:             1:30 p.m.<br>Ctrm:             11 - 19th Floor<br><br>**Judge:            Jeffrey S. White** |

1

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE that the hearing on Plaintiff's Petition for an Order Appointing Jariaha Jenkins Guardian Ad Litem for Minor S.J. and Plaintiff's Petition for Approval of Minor's Compromise shall be heard on shortened time due to the fact that the matter is scheduled for a Case Management Conference on October 21, 2011 and the parties believe it will serve and/or promote judicial economy and efficiency to have this matter heard on the same date and time.

Therefore, the parties do hereby stipulate and agree that the hearing on the Plaintiff's Petition for an Order Appointing Jariaha Jenkins Guardian Ad Litem for Minor S.J. and Plaintiff's Petition for Approval of Minor's Compromise shall be held October 21, 2011, at 1:30 p.m. and Defendants do hereby waive the 35-day notice requirement.

**LAW OFFICES OF JOHN L. BURRIS**

October 5, 2011          /s/ Adamté D. Pointer
                         **ADANTE D. POINTER**
                         **Law Offices of John L. Burris**
                         **Attorneys for Plaintiffs**

October 7, 2011          **HAAPALA, THOMPSON & ABERN, LLP**

                  By:    /s/ Benjamin Thompson
                         Benjamin A. Thompson
                         Attorneys For Defendants
                         COUNTY OF ALAMEDA and
                         SHERIFF GREGORY J. AHERN
                         *Mr. Thompson gave his consent that this document be
                         electronically filed.

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S PETITION TO APPOINT GUARDIAN AD LITEM AND APPROVE MINOR'S COMPRISE

# ORDER

**IT IS HEREBY ORDERED** that the hearing on the Plaintiff's Petition for an Order

Appointing Jariaha Jenkins Guardian Ad Litem for Minor S.J. and Plaintiff's Petition for Approval of

Minor's Compromise shall be held ~~October 21,~~ November 4, 2011, at ~~1:30 p.m.~~ 9:00 a.m.

Defendants shall file their opposition, if any, by no later than, October 20. 2011.  Upon
Defendants' filing a statement of non-opposition, if any, by October 20, 2011, the hearing will be
vacated.

DATED:  October 12, 2011

_Jeffrey S White_

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S PETITION TO APPOINT
GUARDIAN AD LITEM AND APPROVE MINOR'S COMPRISE