Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JARIAHA JENKINS, individually and as personal representative of the ESTATE OF ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR., and JARIAHA JENKINS as Guardian ad Litem of minors, S.J. and A.J., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; PRISON HEALTH SERVICES, INCORPORATED, ALAMEDA COUNTY MEDICAL CENTER; and DOES 1-50, inclusive, in their individual and official capacities as Sheriff's Deputies and Medical Personnel for the COUNTY OF ALAMEDA, for PRISON HEALTH SERVICES, INCORPORATED and ALAMEDA COUNTY HEALTH CENTER, <br><br> Defendants. | Case No.: C10-2800 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING OCTOBER 21, 2011 CASE MANAGEMENT CONFERENCE** |

The parties hereto, by and through their undersigned counsel, stipulate as follows pursuant to Civil Local Rule 6-2:

1. On August 23, 2011, the parties attended a mediation in this matter that resulted in a settlement agreement.

1

*Jenkins v. County of Alameda, et a.,/*Case #C10-2800 JSW
Stipulation and [Proposed] Order Continuing October 21, 2011 Case Management Conference

1  2. On October 7, 2011, Plaintiffs in this matter submitted a petition to appoint a
2  guardian ad litem and approve compromise of the minor plaintiff's claim.

3  3. On October 12, 2011, the Court Ordered that a hearing would be held on Plaintiff's
4  Petition for an Order Appointing Jariaha Jenkins Guardian Ad Litem for Minor S.J. and Plaintiff's
5  Petition for Approval of Minor's Compromise on November 4, 2011. In the alternative, if
6  Defendants filed a statement of non-opposition, the hearing would be vacated.

7  4. On October 14, 2011, Defendants filed their statement of non-opposition to Plaintiff's
8  Petition for an Order Appointing Jariaha Jenkins Guardian Ad Litem for Minor S.J. and Plaintiff's
9  Petition for Approval of Minor's Compromise. Accordingly, the hearing set for November 4, 2011
10 should be vacated. The parties also filed a joint case management conference statement requesting
11 that the case management conference scheduled for October 21, 2011 be vacated.

12 5. The parties agree that they are taking steps to finalize the settlement reached at the
13 August 23, 2011 mediation. Accordingly, the parties agree that a case management conference
14 would not be a productive use of the Court's resources.

15 6. The parties agree that the October 21, 2011 case management conference should be
16 vacated. The parties respectfully request that the case management conference scheduled for
17 October 21, 2011 be continued to December 16, 2011 at 1:30 p.m.

18 IT IS SO STIPULATED.

19 Dated: October 17, 2011           LAW OFFICES OF JOHN L. BURRIS

21                                   By:   /s/ Adanté D. Pointer*
                                           Adanté D. Pointer
22                                         Attorneys For Plaintiffs
                                           *Mr. Pointer provided his verbal consent
23                                         that this stipulation be electronically filed

24 Dated: October 17, 2011           HAAPALA, THOMPSON & ABERN, LLP

26                                   By:   /s/ Benjamin Thompson
                                           Benjamin A. Thompson
27                                         Attorneys For Defendants

28 /

2

*Jenkins v. County of Alameda, et a.,/*Case #C10-2800 JSW
Stipulation and [Proposed] Order Continuing October 21, 2011 Case Management Conference

1 **ORDER**

2 Pursuant to stipulation and for good cause shown, IT IS SO ORDERED that the

3 ~~October 21, 2011 case management conference is VACATED. The~~ November 4, 2011 hearing

4 on Plaintiff's Petition for an Order Appointing Jariaha Jenkins Guardian Ad Litem for Minor S.J.

5 and Plaintiff's Petition for Approval of Minor's Compromise is VACATED. The case management

6 conference scheduled for October 21, 2011 is CONTINUED to December 16, 2011, at 1:30 p.m.

7 Dated: October 18, 2011

8 _____
Honorable Jeffrey S. White,
9 United States District Court Judge

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

3

*Jenkins v. County of Alameda, et a.,/*Case #C10-2800 JSW
Stipulation and [Proposed] Order Continuing October 21, 2011 Case Management Conference