1 Clyde A. Thompson, SBN 72920
  Benjamin A. Thompson, SBN 236590
2 HAAPALA, THOMPSON & ABERN, LLP
  1939 Harrison Street, Suite 800
3 Oakland, California 94612
  Tel:    510-763-2324
4 Fax:    510-273-8570

5 Attorneys For Defendants
  COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN

6

7

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JARIAHA JENKINS, individually and as personal representative of the ESTATE OF ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR., and JARIAHA JENKINS as Guardian ad Litem of minors, S.J. and A.J., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; PRISON HEALTH SERVICES, INCORPORATED, ALAMEDA COUNTY MEDICAL CENTER; and DOES 1-50, inclusive, in their individual and official capacities as Sheriff's Deputies and Medical Personnel for the COUNTY OF ALAMEDA, for PRISON HEALTH SERVICES, INCORPORATED and ALAMEDA COUNTY HEALTH CENTER, <br><br> Defendants. | Case No.: C10-2800 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTY OF ALAMEDA AND GREGORY J. AHERN** |

IT IS HEREBY STIPULATED by and between Plaintiffs JARIAH JENKINS, individually and as personal representative of the ESTATE OF ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR., and JARIAHA JENKINS as Guardian ad Litem of minors, S.J. and A.J, and defendant GREGORY J. AHERN, by and through their counsel, that

1

*Jenkins v. County of Alameda, et a.,/*Case #C10-2800 JSW
Stipulation and [Proposed] Order of Dismissal With Prejudice of Defendants

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1. the above-captioned action be and hereby is voluntarily dismissed with prejudice pursuant to
2. FRCP 41(a)(1), for the parties' mutual waiver of costs and attorneys' fees.
3.     IT IS FURTHER STIPULATED by and between Plaintiffs and Defendant COUNTY OF
4. ALAMEDA, through their designated counsel, that the above-captioned action be and hereby is
5. dismissed with prejudice as to the Defendant COUNTY OF ALAMEDA pursuant to
6. FRCP 41 (a)(2).
7.     The parties shall be responsible for their own court costs and attorneys' fees.
8. Dated: November 23, 2011

          LAW OFFICES OF JOHN L. BURRIS

          By: /s/ Adanté D. Pointer*
               Adanté D. Pointer
               Attorneys For Plaintiffs
               *Mr. Pointer provided his verbal consent
               that this stipulation be electronically filed

14. Dated: November 23, 2011

          HAAPALA, THOMPSON & ABERN, LLP

          By: /s/ Clyde A. Thompson
               Clyde A. Thompson
               Attorneys For Defendants
               COUNTY OF ALAMEDA and
               GREGORY J. AHERN

21. **ORDER**
22.     The Court having considered the Stipulation of the parties, the entire action is hereby
23. dismissed with prejudice.
24. Dated: November 28, 2011

          _____
          Honorable Jeffrey S. White
          Judge of The U. S. District Court

2

*Jenkins v. County of Alameda, et a.,/*Case #C10-2800 JSW
Stipulation and [Proposed] Order of Dismissal With Prejudice of Defendants