Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JARIAHA JENKINS, individually and as personal representative of the ESTATE OF ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR., and JARIAHA JENKINS as Guardian ad Litem of minors, S.J. and A.J., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; PRISON HEALTH SERVICES, INCORPORATED, ALAMEDA COUNTY MEDICAL CENTER; and DOES 1-50, inclusive, in their individual and official capacities as Sheriff's Deputies and Medical Personnel for the COUNTY OF ALAMEDA, for PRISON HEALTH SERVICES, INCORPORATED and ALAMEDA COUNTY HEALTH CENTER, <br><br> Defendants. | Case No.: C10-2800 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTY OF ALAMEDA AND GREGORY J. AHERN** |

IT IS HEREBY STIPULATED by and between Plaintiffs JARIAH JENKINS, individually and as personal representative of the ESTATE OF ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR., and JARIAHA JENKINS as Guardian ad Litem of minors, S.J. and A.J, and defendant GREGORY J. AHERN, by and through their counsel, that

1

*Jenkins v. County of Alameda, et a.,/*Case #C10-2800 JSW
Stipulation and [Proposed] Order of Dismissal With Prejudice of Defendants

the above-captioned action be and hereby is voluntarily dismissed with prejudice pursuant to FRCP 41(a)(1), for the parties' mutual waiver of costs and attorneys' fees.

IT IS FURTHER STIPULATED by and between Plaintiffs and Defendant COUNTY OF ALAMEDA, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to the Defendant COUNTY OF ALAMEDA pursuant to FRCP 41 (a)(2).

The parties shall be responsible for their own court costs and attorneys' fees.

Dated: November 23, 2011

LAW OFFICES OF JOHN L. BURRIS

By: /s/ Adanté D. Pointer*
    Adanté D. Pointer
    Attorneys For Plaintiffs
*Mr. Pointer provided his verbal consent that this stipulation be electronically filed

Dated: November 23, 2011

HAAPALA, THOMPSON & ABERN, LLP

By: /s/ Clyde A. Thompson
    Clyde A. Thompson
    Attorneys For Defendants
    COUNTY OF ALAMEDA and
    GREGORY J. AHERN

**ORDER**

The Court having considered the Stipulation of the parties, the entire action is hereby dismissed with prejudice.

Dated: November 28, 2011

_____
Honorable Jeffrey S. White
Judge of The U. S. District Court

2

*Jenkins v. County of Alameda, et a.,/*Case #C10-2800 JSW
Stipulation and [Proposed] Order of Dismissal With Prejudice of Defendants