UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARIAHA JENKINS, individually and as personal representative of the ESTATE of ALBERT R. JENKINS JR, the ESTATE OF ALBERT R. JENKINS JR., and JARIAH JENKINS as Guardian ad Litem of minors, S.J. and A.J.**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his official capacity as Sheriff for the COUNTY OF ALAMEDA; and DOES 1-50, inclusive, in their individual and official capacities as Sheriff's Deputies for the COUNTY OF ALAMEDA.**<br><br>**Defendants.** | Case No. C10-2800 JSW<br><br>**PETITION OF JARIAH JENKINS AS GUARDIAN AD LITEM OF MINOR, S. JENKINS, FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ~~(PROPOSED)~~ ORDER** |

**ORDER**

**PURSUANT TO PLAINTIFF'S PETITION**, the Court hereby grants Petitioner JERIAHA JENKINS' request according to the terms of the petition herein:

THE COURT HEREBY ORDERS the release of funds in the amount of $3,000.00 to

4

**PETITION OF JERIAHA JENKINS AS G.A.L. OF S. JENKINS FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT**

Petitioner JERIAHA JENKINS from the blocked account established for minor plaintiff S. JENKINS located at Wells Fargo Bank to be used for the sole purpose of paying the move-in costs for housing.

**IT IS SO ORDERED.**

DATED: July 18, 2013

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

**PETITION OF JERIAHA JENKINS AS G.A.L. OF S. JENKINS FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT**